| | | | |
|---|---|---|---|
| | AUSA: Barrington Wilkins | Telephone: (313) 226-9621 | |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Daniel Ghareeb | Telephone: (313) 226-5310 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

Abed AL ALI

Case No. 25-mj-30245

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 20, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A) | Possession with intent to distribute cocaine |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Daniel Ghareeb
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __April 21, 2025__

_____
*Judge's signature*

City and state: __Detroit, MI__

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Daniel Ghareeb, being sworn, depose and state the following:

## INTRODUCTION

1. This affidavit is in support of a criminal complaint charging Abed AL ALI with possession with intent to distribute cocaine, a schedule II-controlled substance in violation of Title 21, United States Code, Sections. 841(a)(1) and (b)(1)(A).

2. I am currently a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI") in Detroit, Michigan. I have been a Special Agent with HSI since 2007. Prior to my current assignment, I was a police officer with the North Baltimore Ohio Police Department for approximately two years. I hold a Bachelor and Master of Science in Criminal Justice. I have received specialized training about illegal drug trafficking and money laundering at the Federal Law Enforcement Training Center located in Brunswick, Georgia. I have led and participated in numerous investigations related to illegal drug trafficking as well as methods used to finance drug transactions and launder drug proceeds.

3. I make this affidavit based on my participation in this investigation, as well as information received from other law enforcement officials and/or their reports and records. The information outlined herein is provided for the limited purpose of establishing probable cause and does not

contain all information known to law enforcement pertaining to this investigation.

4.   As set forth in more detail below, this investigation has shown that on or about April 20, 2025, Abed AL ALI attempted to exit the United States to Canada via the Detroit Ambassador Bridge, located in the Eastern District of Michigan. There is probable cause to conclude AL ALI possessed with an intent to distribute cocaine in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## **PROBABLE CAUSE**

5.   On February 24, 2022, the Detroit Contraband Enforcement Team (DCET) was conducting outbound enforcement operations at the Detroit Ambassador Bridge. At approximately 9:55 PM, DCET Customs and Border Protection Officers (CBPO) made contact with the driver of a commercial tractor (Ontario PA49253) hauling an Ontario plated trailer (Ontario Y3591Z). The driver of the tractor trailer was later identified as Abed AL ALI. When asked where he was coming from and what he was hauling, AL ALI stated he was hauling an empty trailer from Georgia. DCET Officers obtained a negative declaration from AL ALI for any guns, ammunition, or currency over $10,000. CBPO officers referred the semi-truck over for further inspection.

6.   Once AL ALI was parked, he was met by CBP Officers who instructed him to exit the truck and open his hood. The trailer was not sealed, and officers opened the trailer doors, revealing two large duffel bags at the rear of the trailer, just in front of the doors. CBP Officers opened the bag and found vacuum sealed brown and white brick bundles, consistent with narcotics packaging. After this discovery CBP Officers placed AL ALI in handcuffs.

7.   Two duffle bags were removed from the trailer compartment. The individually wrapped bundles were weighed with a total weight of 87.55 kilograms. Narcotics Gemini testing was conducted on two of the individually wrapped bundles from each bag.  Both bundles returned positive results for cocaine.

8.   At Approximately 1:20 AM, HSI Special Agents interviewed AL ALI.  AL ALI was advised of his Miranda statement of rights and waived his rights.  AL ALI stated that he entered the U.S. on April 17, 2025. After entering the U.S., AL ALI stated he was enroute to Georgia to drop off his cargo containing produce.  AL ALI stated he encountered radiator problems in Tennessee and another truck picked up his trailer and delivered the cargo to Georgia.  AL ALI stated once his truck was fixed, he then started driving back north with no trailer.  AL ALI stated that his company contacted him to

pick up a trailer in Kentucky at a Loves truck stop.  AL ALI picked up that trailer on April 18, 2025, and took that trailer to Georgia. Once this trailer was unloaded, AL ALI began driving back north on April 20, 2025.

9. An examination of AL ALI showed that he was in contact with an unknown Ontario number through WhatsApp.  This communication began on April 20, 2025, at approximately 12:34 AM.  This communication then continued with two calls around 1:20 PM and several calls and messaged between 7:00 PM and 9:30 PM on April 20, 2025.  This included a message with a location of the Travel America truck stop at Interstate-75 Exit 15 in Monroe, Michigan.  At 9:13 PM, the Ontario number texted AL ALI "its clear". An 11 second phone call then followed, and this ended the chat string. Based on my training and experience, this conversation was to coordinate a meeting between AL ALI and this unknown individual.

10. Based on my training and experience, the volume of controlled substances and the manner in which they were being transported from the United States to Canada is indicative of a broader drug trafficking effort that is involved in the further distribution of the controlled substances.

## CONCLUSION

12. Based on my experience, drug trafficking organizations transport over a million dollars' worth of cocaine in a coordinated manner.  Every

individual involved in the transportation of cocaine are known to the organization and reimbursed monetarily by the organization. Based on the above, probable cause exists to show that Abed AL ALI possessed with the intent to distribute cocaine in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

_____
Daniel Ghareeb
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me
or by reliable electronic means.

_____
Honorable Anthony P. PATTI
United States Magistrate Judge

April 21, 2025